# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**RODRIGUES JONES,**
**#121074**                                                                                                                 **PLAINTIFF**

**V.**                       **CASE NO. 3:19-CV-287-LPR-BD**

**SUSAN COX**                                                                                                                 **DEFENDANT**

## ORDER

Rodrigues Jones, an inmate at the Poinsett County Detention Center, filed this civil lawsuit without the help of a lawyer under 42 U.S.C. § 1983. (Docket entry #2) In his original complaint, Mr. Jones alleged that Susan Cox failed to provide him adequate medical treatment while he was confined at the Detention Center. He did not state, however, any injury he suffered as a result. The Court allowed Mr. Jones to amend his complaint to add this critical information; and he has now filed his amended complaint. (#6)

The allegations in the original and amended complaints adequately state a deliberate-indifference claim against Defendant Cox. Service is now appropriate.

The Clerk of Court is directed to prepare a summons for Defendant Cox. The Marshal is directed to serve a copy of the complaint and the amended complaint, with any attachments (#2, #6), and a summons for Defendant Cox, without requiring prepayment of fees and costs or security. Defendant Cox can be served at the Poinsett County Detention Center, 1500 Justice Drive, Harrisburg, Arkansas 72432.

IT IS SO ORDERED, this 20th day of November, 2019.

_____
UNITED STATES MAGISTRATE JUDGE