IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**RODRIGUES JONES,**
**#121074**                                                                                    **PLAINTIFF**

**V.**                              **CASE NO. 3:19-CV-287-LPR-BD**

**SUSAN COX**                                                                                  **DEFENDANT**

## RECOMMENDED DISPOSITION

### I.   Procedure for Filing Objections

This Recommendation has been sent to Judge Lee P. Rudofsky. Any party may file objections to this Recommendation if they disagree with its findings or conclusions. Objections should be specific and should include the factual or legal basis for the objection.

To be considered, objections must be received in the office of the Court Clerk within 14 days of this Recommendation. If no objections are filed, Judge Rudofsky can adopt this Recommendation without independently reviewing the record. And, if no objections are filed, the parties may waive the right to appeal questions of fact.

### II.  Discussion

Mr. Jones was an inmate at the Poinsett County Detention Center when he filed this civil rights lawsuit on October 28, 2019, without the help of a lawyer. (Docket entry #2) Mail sent to Mr. Jones from the Court was recently returned as "undeliverable," with the notation "not at this address." (#13) On January 7, the Court ordered Mr. Jones to notify the Court of his new address within 30 days or risk dismissal of his complaint.

(#14) That order was returned to the Court, marked "undeliverable," on January 27. (#15) Local rules require pro se plaintiffs, including Mr. Jones, to promptly notify the Court of any change in address so that the Court and other parties can communicate with them. Local Rule 5.5(c)(2).

## III. Conclusion

The Court recommends that Mr. Jones's claims be DISMISSED, without prejudice, based on his failure to comply with the January Order (#14) and his failure to prosecute this lawsuit. Defendant Cox's pending motion to dismiss (#9) should be denied, as moot.

DATED this 10th day of February, 2020.

_____
UNITED STATES MAGISTRATE JUDGE