# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**RODRIGUES JONES,**                                                                                **PLAINTIFF**
**#121074**

v.                         **Case No. 3:19-cv-00287-LPR-BD**

**SUSAN COX**                                                                                           **DEFENDANT**

## ORDER

The Court has received a Recommended Disposition ("the Recommendation") from United States Magistrate Judge Beth Deere. Judge Deere recommends dismissing this case without prejudice for failure to prosecute. Judge Deere also recommends denying Defendant Cox's pending motion to dismiss as moot. (Doc. 16). There have been no objections to Judge Deere's Recommendation. After a careful review of the Recommendation, as well as of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings.

Accordingly, Plaintiff's Complaint (Doc. 2) is DISMISSED without prejudice for failure to prosecute. Defendant Cox's pending motion to dismiss (Doc. 9) is DENIED as moot. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

IT IS SO ORDERED this 23rd day of April 2020.

                                                           _____
                                                           LEE P. RUDOFSKY
                                                           UNITED STATES DISTRICT JUDGE